

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:    In re John William Palmer

Appellate case number:    01-20-00734-CV

Trial court case number:    1584989

Trial court:    183rd District Court of Harris County

　　　　Relator, John William Palmer, has filed a motion for rehearing.  It is ordered that the motion for rehearing is **denied**.

Judge's signature: _____/s/ Russell Lloyd_____
　　　　　　　　　　　　　Acting for the Court

Panel consists of Chief Justice Radack and Justices Lloyd and Kelly.

Date:  December 15, 2020